IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS LEE COOK

      Plaintiff,                    No. CIV S-06-0758 GEB KJM P

   vs.

MENTAL HEALTH OF
PLACER COUNTY JAIL,

      Defendants.           <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se.  On July 12, 2006, this court granted his request to proceed in forma pauperis and directed the Placer County Jail to withhold the filing fee, in installments, from plaintiff's trust account.

        On July 28, 2006, an official from Placer County Jail informed the court that plaintiff had been taken to state prison.

        On August 16, 2006, plaintiff wrote to the court, asking to "squash" the remainder of the filing fee.  He also has requested that this action be dismissed.

        Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request to dismiss shall be honored.  Under these circumstances, the court will not serve an order on the prison to have the remainder of the filing fee collected from plaintiff's trust account.

1  Accordingly, IT IS HEREBY ORDERED

2  1. This action is dismissed.

3  2. Placer County Jail is relieved from any obligation to collect the filing fee from plaintiff, as directed by this court on July 12, 2006.

3. The Clerk of the Court is directed to serve a copy of this order on Sheriff of Placer County, Attention: Inmate Trust Account, 2775 Richardson Drive, Auburn, California 95603 and on the Financial Department of this court.

DATED: December 20, 2006.

*/s/ signature*
U.S. MAGISTRATE JUDGE

2

cook0758.59